IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZUMAR DUBOSE<br>ABDUSH DUBOSE<br>KARIEM DUBOSE | CRIMINAL ACTION<br>NO. 20-453-1-2-3 |

### O R D E R

**AND NOW**, this 18th day of April, 2022, upon consideration of defendant Abdush Dubose's Motion to Sever from Co-Defendant Seeking Trial Continuance Pursuant to Federal Rule of Criminal Procedure 14 (ECF No. 120), and the Government's Response (ECF No. 124) it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**