IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| ZUMAR DUBOSE<br>ABDUSH DUBOSE<br>KARIEM DUBOSE | NO. 20-453-1-2-3 |

## O R D E R

**AND NOW**, this 28th day of July, 2022, upon consideration of defendant Zumar Dubose's various pretrial motions (ECF Nos. 116, 129, 131, 132, 135, 136, 137, 138, 141, 142, 143, and 146), and the Government's Responses thereto (ECF Nos. 124, 134, and 147), **IT IS HEREBY ORDERED** that said Motions are **DENIED**.  **IT IS FURTHER ORDERED** that ECF Nos. 149, 150, and 151 are **DENIED AS MOOT** as they are duplicative of Dubose's pretrial motions above.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**