IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ZUMAR DUBOSE
ABDUSH DUBOSE
KARIEM DUBOSE

CRIMINAL ACTION
NO.  20-453-1-2-3

**O R D E R**

**AND NOW**, this 8th day of November, 2022, upon consideration of the Government's Motions in Limine (ECFs No. 165 & 183), and the Defendants' responses thereto (ECF Nos. 169, 170, 173, 186 & 187), **IT IS HEREBY ORDERED** that:

1. The Government's Motion to Preclude Argument Contravening the Law of the Case and Argument Blaming the Victims is **GRANTED**.

2. The Government's Motion to Admit Audio Recordings is **GRANTED**.

3. The Government's Motion to Admit Impeachment Evidence Under Federal Rule of Evidence 609 is **GRANTED IN PART** and **DENIED IN PART**.

    a. The Motion is **GRANTED** as to Defendant Zumar Dubose's 2017 theft by unlawful taking conviction.

    b. The Motion is **DENIED** as to Defendant Zumar Dubose's 2010 burglary conviction.

It is **FURTHER ORDERED** that Defendant Zumar Dubose's Motion filed at ECF No. 181 is **DENIED** except to the extent that it joins his Co-Defendant's Responses to the Government's Supplemental *Starks* Briefing (ECF No. 183).  Defendant Zumar Dubose's letters

filed at ECF Nos. 182, 184, and 185 are **DENIED** for the reasons set forth in the accompanying opinion.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**