IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 20-453-1-2-3 |
| v. | |
| ZUMAR DUBOSE<br>ABDUSH DUBOSE<br>KARIEM DUBOSE | |

**O R D E R**

**AND NOW**, this 9th day of March, 2023, upon consideration of the Government's Motion for a Hearing on Representation of Defendant Zumar Dubose (ECF No. 209), and Defendant Zumar Dubose's Response thereto (ECF No. 215), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*/s/ Wendy Beetlestone*

_____
**WENDY BEETLESTONE, J.**